# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2502
_____

S.K., Mother of K.R.K., K.R.K.,
Minor Children,

      Appellant,

      v.

Department of Children and
Families,

      Appellee.

_____

On appeal from the Circuit Court for Bay County.
Russell S. Roberts, Judge.


May 21, 2024

Per Curiam.

      Affirmed.

B.L. Thomas, Bilbrey, and Winokur, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Amanda Peterson of Law Offices of Peterson, P.A., Mulberry, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee; and Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Caitlin E. Burke, Statewide Guardian ad Litem Office, Tallahassee, for Appellee.